# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| AUSTIN WAYNE BYRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23CV320 |
| | ) | |
| NC DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on February 14, 2024, was served on the parties in this action. (ECF Nos. 15, 16.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim.

This, the 11th day of March 2024.

/s/ Loretta C. Biggs
United States District Judge